JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. ED CV 19-0132-DOC (KKx)          Date: March 11, 2019

Title: WAYNE R. MARSH V FORD MOTOR COMPANY, ET AL

---

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Lewman | CourtSmart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Russell W. Higgins | Brian C. Vanderhoof |

**PROCEEDINGS: SCHEDULING CONFERENCE**

---

The Court orders the case REMANDED to Superior Court of California.

                                                                          :    08
                                                         Initials of Clerk      djl